UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ALLAN HACKEL,

                                   Plaintiff,

            -against-

AMR CORP., et al.

                                  Defendants.
-------------------------------------------------------------
CLIFFORD TEMPESTA, et al.

                                   Plaintiff,

            -against-

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, et al.

                                  Defendants.
-------------------------------------------------------------
ALICE HOGLAN, et al.

                                    Plaintiffs,

            -against-

ARGENBRIGHT SECURITY, et al.

                                    Defendants.
-------------------------------------------------------------
AMY NACKE,

                                   Plaintiff,

            -against-

UAL CORP., et al.

                                  Defendants.
-------------------------------------------------------------
MARY LOU LEE,

                                 Plaintiff,

            -against-

AMR CORP., et al.

                                  Defendants.
-------------------------------------------------------------

**ORDER** To Close Files

02 Civ. 7143 (AKH)
02 Civ. 7244 (AKH)
02 Civ. 7272 (AKH)
03 Civ. 7019 (AKH)
04 Civ. 1857 (AKH)
04 Civ. 2519 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/10

```
-------------------------------------------------- :
LUCY A. AITA, et al.                               :
                                                   :
                              Plaintiffs,          :
                                                   :
            -against-                              :
                                                   :
UAL CORP., et al.                                  :
                                                   :
                              Defendants.          :
                                                   :
-------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Pursuant to my Order dated June 10, 2004, The Clerk shall mark the cases captioned above as closed.

SO ORDERED.

Dated: February 2\/, 2010
       New York, New York

*/s/ Alvin K. Hellerstein*
ALVIN K. HELLERSTEIN
United States District Judge